UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARISA PORRAS,**

        **Plaintiff,**            **CASE NO:**

**vs.**

**THE UNITED STATES OF AMERICA,**

        **Defendant.**
_____/

## COMPLAINT

COMES NOW the Plaintiff, MARISA PORRAS, by and through her undersigned counsel and files this Complaint against Defendant, THE UNITED STATES OF AMERICA, and alleges:

**I.  JURISDICTION, VENUE AND CONDITIONS**

1. This matter involves a tort claim for damages against THE UNITED STATES OF AMERICA pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 28 U.S.C. §§1346(b).

2. Venue is proper in this Court because the acts and omissions that form the subject matter of this action occurred in this judicial district. *See* 28 U.S.C. §1391(b).

3. On February 4, 2020, Plaintiff submitted a claim form to the tort claims administrator for the United States Postal Service for administrative settlement. The United States Postal Service denied Plaintiff's claim on January 29, 2021, and therefore, all conditions precedent to the filing of this action have occurred.

**II.  THE PARTIES**

4. Plaintiff MARISA PORRAS is, and was at all material times, a resident of Manatee County, Florida.

5. The United States Postal Service is, and was at all material times, a governmental agency of the Defendant, United States of America. Pursuant to the requirements of the Federal Tort Claims Act, 28 U.S.C. §2671 et seq., Defendant United States of America is the properly identified defendant in this lawsuit.

### III. GENERAL FACTUAL ALLEGATIONS

7. At all times relevant hereto, postal employee Natasha Michelle Prieto was in the course and scope of her employment with THE UNITED STATES OF AMERICA through its agent, the United States Postal Service. It is believed and therefore averred that this individual was acting under the direct control and supervision of THE UNITED STATES OF AMERICA through its agent, the United States Postal Service.

8. On March 5, 2019, Ms. Prieto, as a United States Postal Service employee, negligently operated the postal service vehicle assigned to her while she delivered postal mail. On March 5, 2019, Ms. Prieto apparently delivered mail to mailboxes which were situated just off of Lorraine Road in east Manatee County, Florida. Ms. Prieto was facing south just off of Lorraine Road as she delivered mail into mailboxes. The postal service vehicle she operated at the time was off of the road.

9. After delivering mail, Ms. Prieto attempted to enter southbound traffic on Lorraine Road. Ms. Prieto negligently failed to yield the right of way to MARISA PORRAS who was traveling southbound on Lorraine Road and caused the postal service vehicle she operated at the time to collide with vehicle MARISA PORRAS operated. As a result of Ms. Prieto's negligent and careless operation of the postal service vehicle, MARISA PORRAS sustained serious and permanent injuries and has endured property damage and/or loss. This

incident occurred at or near Lorraine Road and 59th Avenue East, in Bradenton, Manatee County, Florida.

10. At all times relevant hereto, THE UNITED STATES OF AMERICA through its agent, United States Postal Service, is and was responsible for Ms. Prieto's negligent acts in the operation of the postal service vehicle she was assigned.

11. As the owner, operator, and entity in control of the United States Postal Service and in its capacity as the employer of the individual who negligently operated a postal service vehicle causing MARISA PORRAS' injuries, and pursuant to 22 U.S.C.§2702(a) and 28 U.S.C. §1346(b), 28 U.S.C.§2671, 28 U.S.C.§2674 and 28 U.S.C.§2679(a), Defendant UNITED STATES OF AMERICA is responsible and liable for the damages and injuries caused by Ms. Prieto and suffered by MARISA PORRAS.

**IV.   CLAIM**

**NEGLIGENCE CLAIM AGAINST THE UNITED STATES OF AMERICA**

12. MARISA PORRAS realleges and incorporates by reference paragraphs one (1) through eleven (11) of the Complaint as if fully set forth herein.

13. THE UNITED STATES OF AMERICA, through Ms. Prieto, a permissive driver and employee/agent of THE UNITED STATES OF AMERICA through its agent, United States Postal Service a/k/a U.S. Postal Service, owed MARISA PORRAS the duty to operate postal service vehicle with reasonable care with due regard for the safety of other motorists on the road and in accordance with all laws concerning the operation of a motor vehicle.

14. Ms. Prieto breached that duty by colliding into the vehicle driven by MARISA PORRAS as Ms. Prieto attempted to merge into moving traffic from the shoulder of Lorraine Road in Manatee County, Florida.  Ms. Prieto, and therefore, the United States Postal Service

and THE UNITED STATES OF AMERICA, were negligent, willful, wanton and reckless and breached the duties they owed to MARISA PORRAS in one or more of the following ways:

a) In operating the United States Postal Service vehicle in a negligent and/or reckless manner;

b) In driving too fast for conditions;

c) Failing to use due care;

d) Failing to yield the right of way;

e) Failing to keep the United States Postal Service vehicle under proper control;

f) Failing to keep a proper lookout;

g) Failing to have the United States Postal Service equipped with proper safety mechanisms, including, without limitation, proper brakes and mirrors and, if so equipped, failing to appropriately use such safety mechanisms;

h) Failing to keep her sight lines to mirrors of the United States Postal Service vehicle clear of obstruction or debris and thereby limiting, or eliminating, the effectiveness of such mirror or mirrors;

i) Failing to use the degree of care and caution that a reasonable prudent driver would have used under the circumstances then and there prevailing;

j) Otherwise operating the United States Postal Service vehicle without exercising reasonable care and in a negligent, willful, wanton, and reckless manner; and

k) Violating various statutes, codes, United States Postal Service requirements, and ordinances designed to protect the public, including MARISA PORRAS,

from the type of harm that was caused by Ms. Prieto's conduct related to the subject collision.

15. Ms. Prieto's, the United States Postal Service's, and THE UNITED STATES OF AMERICA's negligent, willful, wanton, and reckless conduct and breach of the duties they owed to MARISA PORRAS were the direct and proximate cause of the March 5, 2019 collision described herein.  Defendant, THE UNITED STATES OF AMERICA through its agent, United States Postal Service, is vicariously liable for Ms. Prieto's carelessness and negligence under the dangerous instrumentality doctrine.

16. As a direct and proximate result of the foregoing, MARISA PORRAS sustained bodily injury, great physical pain and suffering, disability, inability and loss of capacity for the enjoyment of life, inconvenience, physical impairment, disfigurement, scarring, mental anguish, loss or diminution of earnings and/or earning capacity, aggravation of an existing disease or physical defect, permanent injury within a reasonable degree of medical probability, medical and related expenses in the past and in the future incurred in seeking a cure for her injuries.

17. These losses are either permanent or continuing in nature and MARISA PORRAS will suffer them in the future as the injuries consist, in whole or in part, of one or more permanent injuries within a reasonable degree of medical probability.

18. As a direct and proximate result of the foregoing, MARISA PORRAS has also suffered property damages and/or loss, as well as loss or diminution of the value of her property, specifically, MARISA PORRAS' 2006 Nissan Murano which was disabled as a result of the crash which was caused by Ms. Prieto.  Neither Defendant nor the United States Postal Service have compensated MARISA PORRAS for the loss of property and/or diminution in value she suffered with respect to the vehicle she operated at the time of the crash.

WHEREFORE, MARISA PORRAS hereby demands judgment against Defendant, THE UNITED STATES OF AMERICA, for actual damages, including damages for physical injury and harm, past and future medical expenses, lost income, lost earning capacity, past and future physical and mental pain and suffering, mental, emotion, and psychological damages, loss of enjoyment of life, damages to her property, including diminution in value, the costs of this action, and for such other and further relief allowable by law which the court deems just and proper under the circumstances.  MARISA PORRAS hereby demands trial by jury on all issues so triable.

**MALLARD LAW FIRM, P.A.**
889 N. Washington Boulevard
Sarasota, Florida 34236
(941) 952-1682
(941) 378-1605(fax)


*Alan L. Perez*
Alan L. Perez, Esq. – Trial Counsel
Fla. Bar. No. 0060409