UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-cv-00423-VMC-JSS

MARISA PORRAS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

UNITED STATES OF AMERICA,

    Counter-Plaintiff,

v.

MARISA PORRAS,

    Counter-Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, the law firm of HIGHTOWER, STRATTON, NOVIGROD & KANTOR through the undersigned attorney, Joseph A. Cafaro, Esq., and hereby gives notice of its appearance as counsel for the Counter-Defendant, MARISA PORRAS, in the action titled *United States of America v. Marisa Porras*. The undersigned firm and attorney further give notice to the Court and to the parties

that it represents MARISA PORRAS only as to the Counterclaim brought by the United States of America and not as to the initial action styled *Marisa Porras v. United States of America*. Accordingly, please serve copies of all pleadings, motions, objections, responses, notices, and any other court papers on the undersigned counsel at the address and email referenced below.

        Primary: jcafaro@hightowerlaw.net

        Secondary: galvarado@hightowerlaw.net

Dated:       December 6, 2021.

        Respectfully submitted,

        **HIGHTOWER STRATTON NOVIGROD KANTOR**
        330 Clematis Street, Suite 201
        West Palm Beach, Florida 33401
        (561) 833-2022 - Telephone
        (561) 833-2140 – Facsimile

        /s/ Joseph A. Cafaro, Esq.
        Joseph A. Cafaro, Esq.
        Florida Bar No.:  90942

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that that on December 6, 2021, I have filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Joseph A. Cafaro, Esq.
Joseph A. Cafaro, Esq.

## SERVICE LIST

Alan L. Perez, Esq.
**Mallard Law Firm, P.A.**
889 N. Washington Boulevard
Sarasota, Florida 34236
Telephone No.: (941) 952-1682
Facsimile No.: (941) 378-1605
Attorneys for Plaintiff
*Via CM/ECF*

Joseph M. Tompkins, Esq.
**Assistant United States Attorney**
400 North Tampa St., Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6198
Attorneys for Defendant/Counter-Plaintiff United States of America
*Via CM/ECF*