UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARISA PORRAS,

    Plaintiff,

v.       Case No: 8:21-cv-423-JSS

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER**

The parties jointly move for a trial date certain (Joint Motion, Dkt. 95), and the Government moves to strike Plaintiff's proposal to settle (Motion to Strike, Dkt. 96). On June 15, 2022, the court held a hearing on the Motions.

As to the Joint Motion (Dkt. 95), the parties agreed that they and their respective witnesses are available for trial starting August 22, 2022. Accordingly, the Joint Motion for Trial Date Certain is **GRANTED**. This matter is set for trial starting August 22, 2022 at 9:30 a.m. in Courtroom 11A. A pre-trial conference is scheduled for July 7, 2022 at 2:00 p.m. in Courtroom 11A. The parties shall comply with all the pre-trial procedures set forth in the Case Management and Scheduling Orders (Dkts. 22, 41.)

As to the Government's Motion to Strike (Dkt. 96), both parties agree that it is premature at this time. Accordingly, the Motion (Dkt. 96) is **DENIED without**

**prejudice**. The Government may renew its motion, if appropriate under the circumstances, after trial.

**ORDERED** in Tampa, Florida, on June 15, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record