UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARISA PORRAS,

    Plaintiff,

v.                                                                       Case No: 8:21-cv-423-JSS

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER**

       This matter is scheduled for a bench trial beginning on August 22, 2022. Defendant moves to preclude Plaintiff from supplementing her exhibit list with two additional sets of records. (Defendant's Opposed Time Sensitive Motion In Limine, Dkt. 118.) Plaintiff opposes the Motion in Limine and seeks to amend her exhibit list to include records from University Orthopedic Care and Physician Partners of America Pain Relief Group. (Dkt. 121.) Plaintiff also moves to allow electronic equipment into the courtroom for the upcoming trial, specifically a Yamaha Sound Bar. (Plaintiff's Second Unopposed Motion to Allow Electronics into the United States Courthouse, Dkt. 124.) Defendant does not oppose this request. (*Id.*)

       The court held a hearing on August 19, 2022, at which both pending motions were discussed. At the hearing, Defendant represented that it no longer objected to allowing Plaintiff to supplement her exhibit list with either set of records, and instead requested that with respect to the Physician Partners of America Pain Relief Group

records, the parties be directed to submit the entire 43-page record to the court as an exhibit.

Accordingly, and for the reasons stated during the hearing, it is **ORDERED**:

1. Defendant's Motion In Limine (Dkt. 118) is **DENIED**. Plaintiff is permitted to supplement her exhibit list with the University Orthopedic Care records. The parties are also directed to include as an exhibit the entire 43-page record of the Physician Partners of America Pain Relief Group that was produced in discovery. The parties are further directed to file their updated exhibit lists and provide copies to the court on the morning of trial.

2. Plaintiff's Second Motion to Allow Electronics into the United States Courthouse is **GRANTED**. Plaintiff's counsel, Alan Perez or Elizete Velado, is permitted to bring a Yamaha Sound Bar into the courtroom for trial in this matter.

**ORDERED** in Tampa, Florida, on August 19, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record