UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARISA PORRAS,
    *Plaintiff,*

v.                                            Case No. 8:21-cv-423-JSS

UNITED STATES OF AMERICA,
\`    *Defendant*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Eleventh Circuit the judgment entered on March 21, 2023, Doc. 167.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                    United States Attorney

                                    DAVID P. RHODES
                                    Assistant United States Attorney
                                    Chief, Appellate Division

                    By:    *s/ John F. Rudy, III*
                            JOHN F. RUDY, III
                            Assistant United States Attorney
                            Florida Bar Number 0136700
                            400 N. Tampa St., Ste. 3200
                            Tampa, FL 33602
                            Telephone:  (813) 274-6000
                            Facsimile:  (813) 274-6198
                            E-mail:     john.rudy@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 22, 2023, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*s/ John F. Rudy, III*
JOHN F. RUDY, III
Assistant United States Attorney
